IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-04327-CV-C-NKL |
| | ) | |
| DANIEL J. JACQUIN, | ) | |
| | ) | |
| Defendant. | ) | |

## GARNISHEE ORDER

A Writ of Continuing Garnishment has been issued and served upon the garnishee. Pursuant to the Writ, the garnishee filed an Answer on April 7, 2014, stating that at the time of service of the Writ it had in its possession or under its control wages belonging to and due the defendant in the amount of $556.71, which represents 25% of defendant's net wages, and that the garnishee was holding said funds.

Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay over to plaintiff the amount held, and that garnishee continue to withhold and pay over 25% of defendant's net wages to plaintiff. Said payments should be made payable to the "Department of Justice" and forwarded to the address below with the defendant's name and CDCS No. 2011A88451 on the check:

> United States Attorney's Office
> Charles Evans Whittaker Courthouse
> 400 E. 9th Street, Room 5510
> Kansas City, MO 64106

IT IS FURTHER ORDERED that this garnishment remain in effect until satisfaction of the debt owed to plaintiff, defendant ceases employment with the garnishee (unless the garnishee reinstates or re-employs the defendant within 90 days after the defendant's dismissal or resignation), or by an order of this Court quashing the Writ of Continuing Garnishment.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: May 13, 2014
Jefferson City, Missouri